# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION—COLUMBUS COURTHOUSE

| | |
|---|---|
| PHYLLIS CAUDILL , ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:11-cv-743 |
| ) | |
| ENHANCED RECOVERY COMPANY, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, PHYLLIS CAUDILL , by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By:   /s/ Peter Cozmyk
            Peter Cozmyk, Esq.
            Attorney for Plaintiff
            Ohio Registration No. 0078862
            Krohn & Moss, Ltd.
            8043 Corporate Circle, Suite 3
            North Royalton, OH 44133
            Telephone: (323) 988-2400 x 213
            Fax: (866) 799-3206
            pcozmyk@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Ginny Walker, Attorney for Defendant, at e-mail address 'gwalker@erccollections.com'

/s/ Peter Cozmyk
Peter Cozmyk
Attorney for Plaintiff