# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION—COLUMBUS COURTHOUSE

| | |
|---|---|
| PHYLLIS CAUDILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:11-cv-743 |
| ) | |
| ENHANCED RECOVERY COMPANY, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

PHYLLIS CAUDILL (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses the above entitled matter with prejudice.

Dated: November 28, 2011          RESPECTFULLY SUBMITTED,

                                          By:   /s/ Peter Cozmyk
                                              Peter Cozmyk, Esq.
                                              Attorney for Plaintiff
                                              Ohio Registration No. 0078862
                                              Krohn & Moss, Ltd.
                                              8043 Corporate Circle, Suite 3
                                              North Royalton, OH 44133
                                              Telephone: (323) 988-2400 x 213
                                              Fax: (866) 799-3206
                                              pcozmyk@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 28, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to Ginny Walker, Attorney for Defendant, at e-mail address gwalker@erccollections.com'

        /s/ Peter Cozmyk
        Peter Cozmyk
        Attorney for Plaintiff